# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Helene N. | 6th Circuit | 02/27/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 211 W. Ford Street <br> Suite 1610 <br> Detroit, Michigan 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | NJH Associates |
| 2. | Partner | NJHA Associates |
| 3. | Partner | RNJH Associates, LTD |
| 4. | Director / Vice President | RNJH Associates, Inc. |
| 5. | Member | MWCM LLC |
| 6. | Member | Powder, LLC |
| 7. | Trustee | Trust #2 |
| 8. | Trustee | Trust #3 |
| 9. | Trustee | Trust #4 |
| 10. | Director / President | Family Foundation #1 |
| 11. | Director | Family Foundation #2 |
| 12. | Custodian | Brokerage account #1 UGMA |
| 13. | Custodian | Brokerage account #2 UGMA |
| 14. | Trustee | Rholick Foundation |
| 15. | Member | Home Properties, LLC |

16.   Administratrix                                         Estate JJW

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pension | Wayne County, Michigan |
| 2. Pension | State of Michigan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hibernia Bank | Mortgage on real estate | M |
| 2. | LTR 2010 Trust | Promissory Notes | P1 |
| 3. | US Trust | Line of Credit | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage account #1 (UBS) | | | | | | | | | |
| 2. - American Funds Balanced Fund class B | A | Dividend | J | T | | | | | |
| 3. - UBS money market | A | Interest | J | T | | | | | |
| 4. Brokerage account #2 (Baird) | | | | | | | | | |
| 5. - Baird MM fund | A | Interest | J | T | | | | | |
| 6. - CSCO | A | Dividend | | | Sold | 09/21/11 | J | | |
| 7. - ORCL | A | Dividend | K | T | | | | | |
| 8. - AGWFX | | None | | | Merged (with line 13) | 05/20/11 | J | | |
| 9. - CSTGX | A | Dividend | J | T | | | | | |
| 10. - BTZ | B | Dividend | K | T | | | | | |
| 11. - FRDPX | A | Dividend | K | T | | | | | |
| 12. - SLMCX | C | Distribution | L | T | | | | | |
| 13. - SCAUX (spinoff from line 8) | A | Dividend | J | T | | 05/20/11 | J | | |
| 14. - FIF | A | Dividend | K | T | Buy | 09/28/11 | K | | |
| 15. Brokerage account #3 (Baird) | | | | | | | | | |
| 16. - NWS | A | Dividend | J | T | | | | | |
| 17. - AGWFX | | None | | | Merged (with line 18) | 05/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - SCAUX (spinoff from line 17) | | None | J | T | | 05/20/11 | J | | |
| 19. - FRDPX | A | Dividend | K | T | | | | | |
| 20. - PHSTX | A | Dividend | J | T | | | | | |
| 21. Brokerage account #4 cust UGMA FW (Baird) | | | | | | | | | |
| 22. - ABALX | A | Dividend | J | T | | | | | |
| 23. - CSTGX | A | Dividend | J | T | | | | | |
| 24. - FRBAX | A | Dividend | J | T | | | | | |
| 25. - AGWFX | | None | | | Merged (with line 26) | 05/20/11 | J | | |
| 26. - SCAUX (spinoff from line 25) | A | Dividend | J | T | | 05/20/11 | | | |
| 27. Brokerage account #5 cust UGMA BW (Baird) | | | | | | | | | |
| 28. - CSTGX | | None | J | T | | | | | |
| 29. - FRBAX | A | Dividend | K | T | | | | | |
| 30. - ABALX | A | Dividend | K | T | | | | | |
| 31. Brokerage account #6 (Chase) | | | | | | | | | |
| 32. - MJLXX | A | Interest | J | T | | | | | |
| 33. - FPFC | | None | J | T | | | | | |
| 34. - GENZ | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - MSFT | A | Dividend | J | T | | | | | |
| 36.  Brokerage account #7 (Morgan Stanley Smith Barney) | | | | | | | | | |
| 37.  - JNJ | B | Dividend | L | T | | | | | |
| 38.  - Morgan Stanley Smith Barney Money Market Funds | A | Interest | J | T | | | | | |
| 39.  Brokerage account #8 (Ameriprise) | | | | | | | | | |
| 40.  - Ameriprise Money Market Account | A | Interest | J | T | | | | | |
| 41.  - GE | A | Dividend | K | T | | | | | |
| 42.  - ASEI | A | Dividend | K | T | | | | | |
| 43.  - RCMT | | None | J | T | | | | | |
| 44.  Brokerage account #9 (Oppenheimer) | | | | | | | | | |
| 45.  - ADLXX | A | Interest | J | T | | | | | |
| 46.  - ASEI | A | Dividend | J | T | | | | | |
| 47.  - ELX | | None | J | T | | | | | |
| 48.  - QLGC | | None | K | T | | | | | |
| 49.  401k and 457 State of Michigan | | | | | | | | | |
| 50.  - SSga S&P 500 Index | | None | M | T | | | | | |
| 51.  - SSga MidCap Index | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - SSga Russel 2000 Index | | None | M | T | | | | | |
| 53. - Amer Funds Euro/Pac Gr | | None | M | T | | | | | |
| 54. Wayne County Deferred Comp | | | | | | | | | |
| 55. - Lord Abbott Mid Cap Fd | | None | J | T | | | | | |
| 56. Israel Bonds ugma 4/10 | B | Interest | K | T | | | | | |
| 57. Isreal Bonds ugma 4/11 | B | Interest | K | T | | | | | |
| 58. Isreal Bonds ugma 4/11 | B | Interest | K | T | | | | | |
| 59. Israel Bonds ugma 4/2010 | B | Interest | K | T | | | | | |
| 60. RNJH Assoc. Ltd. Parnter | E | Int./Div. | N | T | | | | | |
| 61. Roaring Brook Capital Fund | F | Dividend | O | T | | | | | |
| 62. Great Plains Energy Stock | A | Dividend | J | T | | | | | |
| 63. Marc Pharmaceutical stock | | None | J | T | | | | | |
| 64. Trust #2 RWRT GST A, Trustee | D | Int./Div. | N | T | | | | | |
| 65. - LP Int RNJH Asso. LTD - see lines 68-137 | | | | | | | | | |
| 66. Trust #3 RWRT GST B, Trustee | D | Int./Div. | N | T | | | | | |
| 67. - LP Int RNJH Asso. LTD - see lines 68-137 | | | | | | | | | |
| 68. RNJH Associates Ltd. (LP Interest) (pro rata share) | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Acct # 1 Morgan Stanley | | | | | | | | | |
| 70. - - IShares Barclays Tips BD FD | | | | | Sold | 09/06/11 | K | | |
| 71. - - IShares JP Morgan EM Bond Fd | | | | | Buy (add'l) | 03/02/11 | J | | |
| 72. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 73. - - IShares S&P 500 Growth | | | | | Sold | 03/02/11 | M | | |
| 74. - - IShares S&P 500 Value | | | | | Sold | 03/02/11 | L | | |
| 75. - - IShares S&P Mid Cap 400 Growth | | | | | Buy (add'l) | 03/02/11 | J | | |
| 76. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 77. - -IShares S&P Mid Cap 400 Value | | | | | Sold | 03/02/11 | K | | |
| 78. - - IShares S&P Sm Cap 600 Value | | | | | Buy (add'l) | 09/06/11 | J | | |
| 79. - - IShares Sm Cap 600 Growth | | | | | Buy (add'l) | 03/02/11 | J | | |
| 80. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 81. - - Powershares DB Comm Trk Inc. | | | | | Buy (add'l) | 03/02/11 | J | | |
| 82. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 83. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 84. - - SPDR Barclays Capital High Yield | | | | | Buy (add'l) | 03/02/11 | J | | |
| 85. | | | | | Buy (add'l) | 09/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 01/06/11 | J | A | |
| 87. - - SPDR Barclays Capital International | | | | | Buy (add'l) | 03/02/11 | J | | |
| 88. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 89. - - Vanguard Emerging Markets ETF | | | | | Buy (add'l) | 03/02/11 | J | | |
| 90. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 91. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 92. - - Vanguard Europe Pacific | | | | | Sold | 03/02/11 | L | | |
| 93. - - Vanguard REIT ETF | | | | | Buy (add'l) | 09/06/11 | J | | |
| 94. - - Vanguard Total Market | | | | | Buy (add'l) | 03/02/11 | K | | |
| 95. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 96. | | | | | Sold (part) | 12/30/11 | J | A | |
| 97. - - Blackrock Global Allocation A | | | | | Buy (add'l) | 10/27/11 | J | | |
| 98. | | | | | Sold (part) | 12/19/11 | J | B | |
| 99. - -Delaware Diversified Inc. A | | | | | Buy (add'l) | 10/27/11 | J | | |
| 100. | | | | | Sold (part) | 03/02/11 | J | B | |
| 101. | | | | | Sold (part) | 12/22/11 | J | B | |
| 102. - - First Eagle Global A | | | | | Buy (add'l) | 10/27/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/06/11 | J | B | |
| 104. | | | | | Sold (part) | 12/13/11 | J | B | |
| 105. - - Goldman Sachs Abslte Ret Trk A (GARTX) (rep as GARTY) | | | | | Buy (add'l) | 03/02/11 | J | | |
| 106. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 107. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 108. | | | | | Sold (part) | 12/07/11 | J | B | |
| 109. - - Ivy Asset Strategy A | | | | | Sold | 03/02/11 | J | A | |
| 110. - - Ivy High Income A | | | | | Buy (add'l) | 10/27/11 | J | | |
| 111. | | | | | Sold (part) | 12/08/11 | J | B | |
| 112. - - Pimco Total Return A | | | | | Buy (add'l) | 10/27/11 | J | | |
| 113. | | | | | Sold (part) | 03/02/11 | J | | |
| 114. - - RYDEX/SGI Managed FUT STR A | | | | | Buy (add'l) | 03/02/11 | J | | |
| 115. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 116. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 117. - - Alerian MLP ETF | | | | | Buy | 03/02/11 | M | | |
| 118. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 119. - - First Trust DJ GL SEL DVD | | | | | Buy | 03/02/11 | K | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - - First Trust Large Cap Growth A | | | | | Buy | 03/02/11 | M | | |
| 121. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 122. - - First Trust Large Cap Value AL | | | | | Buy | 03/02/11 | K | | |
| 123. | | | | | Buy (add'l) | 09/06/11 | K | | |
| 124. - - First Trust Multi Cap Value | | | | | Buy | 03/02/11 | K | | |
| 125. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 126. - - IShares Barclays TIPS Bd Fd | | | | | Buy | 03/02/11 | K | | |
| 127. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 128. - - Invesco Balanced Risk Alloc A | | | | | Buy | 10/27/11 | M | | |
| 129. | | | | | Sold (part) | 12/09/11 | J | B | |
| 130. - Acct # 2 - Morgan Stanley | | | | | | | | | |
| 131. - - Unit Claymore Closed-End MLP & Infra 6 | | | | | Sold | 10/06/11 | K | | |
| 132. - - Unit First Trust Int Rate Hedge 1 | | | | | | | | | |
| 133. - - Unit First Trust Strategice Income 13 | | | | | Sold | 03/01/11 | M | | |
| 134. - - Unit First Trust Senior Loan & Ltd 34 | | | | | Buy | 03/01/11 | K | | |
| 135. - -Unit First Trust Strategic Inc CE 24 | | | | | Buy | 03/01/11 | M | | |
| 136. - - Unit First Trust Target Div Leaders 2nd Qtr 11 | | | | | Buy | 06/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - - Unit guggenheim Closed-End Infrastructure MLP 10 | | | | | Buy | 10/06/11 | L | | |
| 138. RNJH Asso., Inc. (stockholder) (pro rata share) | B | Int./Div. | K | T | | | | | |
| 139. - - GP Int in RNJH Asso, LTD | | | | | | | | | |
| 140. - - Morgan Stanley MM | | | | | | | | | |
| 141. - - IShares Barclays 1-3 Yr TSY BD | | | | | Sold | 03/02/11 | J | | |
| 142. - - IShares Barclays TIPS BD FD | | | | | Buy (add'l) | 10/27/11 | J | | |
| 143. | | | | | Sold (part) | 09/06/11 | J | A | |
| 144. - -IShares S&P 500 Growth Index | | | | | Sold | 03/02/11 | J | | |
| 145. - - IShares S&P 500 Value Index | | | | | Sold | 03/02/11 | J | A | |
| 146. - - IShares S&P Mid Cap 400 Growth | | | | | Buy (add'l) | 03/02/11 | J | | |
| 147. - - IShares S&P Mid Cap 400 Value | | | | | Sold | 03/02/11 | J | | |
| 148. - - IShares S&P Small Cap 600 Val | | | | | Buy (add'l) | 03/02/11 | J | | |
| 149. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 150. - - IShares Small Cap 600 Growth | | | | | Buy (add'l) | 03/02/11 | J | | |
| 151. - - S&P North Amer Nat Res Sector | | | | | Sold | 03/02/11 | J | | |
| 152. - - Vanguard Emrg Mkts Etf | | | | | Buy (add'l) | 03/02/11 | J | | |
| 153. | | | | | Buy (add'l) | 09/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - - Vanguard European ETF | | | | | Sold | 03/02/11 | J | | |
| 155. - - Vanguard Pacific ETF | | | | | Sold | 03/02/11 | J | | |
| 156. - - Vanguard REIT ETF | | | | | Buy (add'l) | 03/02/11 | J | | |
| 157. - - Vanguard Total Bond Market | | | | | Buy (add'l) | 10/27/11 | J | | |
| 158. | | | | | Sold (part) | 09/06/11 | J | A | |
| 159. | | | | | Sold (part) | 12/30/11 | J | A | |
| 160. - - Blackrock Global Allocation A | | | | | Buy (add'l) | 03/02/11 | J | | |
| 161. | | | | | Buy (add'l) | 09/06/11 | J | A | |
| 162. | | | | | Buy (add'l) | 10/27/11 | J | A | |
| 163. | | | | | Sold (part) | 12/19/11 | J | A | |
| 164. - - First Eagle Global A | | | | | Buy (add'l) | 03/02/11 | J | | |
| 165. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 166. | | | | | Sold (part) | 12/13/11 | J | A | |
| 167. - - Goldman Sachs Abslte Ret Trk A | | | | | Buy (add'l) | 10/27/11 | J | | |
| 168. | | | | | Sold (part) | 03/02/11 | J | A | |
| 169. | | | | | Sold (part) | 09/06/11 | J | A | |
| 170. | | | | | Sold (part) | 12/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - - Ivy Asset Strategy A | | | | | Sold | 09/06/11 | J | | |
| 172.  - - First Trust DJ Sel DVD | | | | | Buy | 03/02/11 | J | | |
| 173.  - - First Trust Large CAP Growth A | | | | | Buy | 03/02/11 | J | | |
| 174. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 175.  - - First Trust Large CAP Value AL | | | | | Buy | 03/02/11 | J | | |
| 176. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 177.  - - First Trust Multi CAP Value | | | | | Buy | 03/02/11 | J | | |
| 178. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 179.  - - IShares JP Morgan Em Bond Fd | | | | | Buy | 03/02/11 | J | | |
| 180. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 181.  - - Powershares DB Comm Trk Inc | | | | | Buy | 03/02/11 | J | | |
| 182. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 183.  - - SPDR Barclays Cap High Yield | | | | | Buy | 03/02/11 | J | | |
| 184. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 185.  - - SPDR Barclays Capital International | | | | | Buy | 03/02/11 | J | | |
| 186.  - - Invesco Bal Risk Alloc A | | | | | Buy | 10/27/11 | J | | |
| 187. | | | | | Sold (part) | 12/09/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - - RYDEX/SGI Managed Fut Str A | | | | | Buy | 03/02/11 | J | | |
| 189. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 190. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 191. Trust # 4, RWLTITNAR, Trustee | D | Int./Div. | P1 | T | | | | | |
| 192. - - Credit Suisse MM Fund | | | | | | | | | |
| 193. - - Drefus Treasury Prime Inv. SH | | | | | | | | | |
| 194. - - IShares TR Russell 2000 Index Fd | | | | | | | | | |
| 195. - - SPDR S&P 500 EFTR TR TR Unit | | | | | | | | | |
| 196. - - SPDR Dow Jones Indl Avg ETF TR UNIT | | | | | Buy | 11/14/11 | L | | |
| 197. Trust #5 RWLTITHW shared beneficial interest | D | Int./Div. | P1 | T | | | | | |
| 198. - - US Treasury MM Fund - Credit Suisse | | | | | | | | | |
| 199. - - Brokerage Account - Morgan Stanley | | | | | | | | | |
| 200. - - Alerian MLP ETF | | | | | Buy (add'l) | 03/03/11 | J | | |
| 201. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 202. - - First Trust DJ GL SEL DVD | | | | | Sold (part) | 03/03/11 | J | | |
| 203. | | | | | Sold (part) | 09/06/11 | J | | |
| 204. - - First Trust Large CAP Growth | | | | | Buy (add'l) | 09/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 03/03/11 | J | | |
| 206.  - - First Trust Large CAP Value ETF | | | | | Buy (add'l) | 09/06/11 | J | | |
| 207. | | | | | Sold (part) | 03/03/11 | J | | |
| 208.  - - First Trust Multi CAP Value | | | | | Buy (add'l) | 09/06/11 | J | | |
| 209. | | | | | Sold (part) | 03/03/11 | J | | |
| 210.  - - IShares Barclays Tips BD FD | | | | | Buy (add'l) | 03/03/11 | J | | |
| 211. | | | | | Sold (part) | 09/06/11 | J | | |
| 212.  - - IShares JP Morgan EM Bond Fd | | | | | Buy (add'l) | 09/06/11 | J | | |
| 213. | | | | | Sold (part) | 03/03/11 | J | | |
| 214.  - - IShares S&P Sm Cap 600 Val | | | | | Buy (add'l) | 09/06/11 | J | | |
| 215. | | | | | Sold (part) | 03/03/11 | J | | |
| 216.  - - IShares Sm Cap 600 Growth | | | | | Buy (add'l) | 03/03/11 | J | | |
| 217.  - - Powershares DB Comm TRK, Inc. | | | | | Sold (part) | 03/03/11 | J | | |
| 218. | | | | | Sold (part) | 09/06/11 | J | | |
| 219.  - - SPDR Barclays Capital High Yield | | | | | Buy (add'l) | 09/06/11 | J | | |
| 220. | | | | | Sold (part) | 03/03/11 | J | | |
| 221. | | | | | Sold (part) | 01/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - - SPDR Barclays Capital International | | | | | Sold (part) | 03/03/11 | J | | |
| 223. | | | | | Sold (part) | 09/06/11 | J | A | |
| 224. - - IShares S&P Mid Cap 400 Growth | | | | | Buy | 03/03/11 | J | | |
| 225. | | | | | Buy (add'l) | 09/06/11 | J | | |
| 226. - - Vanguard Total Bond Mkt | | | | | Sold (part) | 03/03/11 | J | | |
| 227. | | | | | Sold (part) | 12/30/11 | J | A | |
| 228. - - Vanguard EMG MKTS | | | | | Buy (add'l) | 09/06/11 | J | | |
| 229. | | | | | Sold (part) | 03/03/11 | J | A | |
| 230. - - Vanguard European | | | | | Sold | 09/06/11 | J | A | |
| 231. - -Vanguard Pacific | | | | | Sold | 09/06/11 | J | A | |
| 232. - -Blackrock Global | | | | | Sold (part) | 03/03/11 | J | | |
| 233. | | | | | Sold (part) | 09/06/11 | J | A | |
| 234. | | | | | Sold (part) | 12/19/11 | J | A | |
| 235. - - Ivy Asset A | | | | | Sold (part) | 03/03/11 | J | | |
| 236. | | | | | Sold (part) | 09/06/11 | J | | |
| 237. - - First Eagle Global A | | | | | Sold (part) | 03/03/11 | J | | |
| 238. | | | | | Sold (part) | 09/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 12/13/11 | J | A | |
| 240. - - Goldman Sachs Abslte Ret Trk A (GARTX) | | | | | Sold (part) | 03/03/11 | J | | |
| 241. | | | | | Sold (part) | 09/06/11 | J | A | |
| 242. | | | | | Sold (part) | 12/07/11 | J | A | |
| 243. - - Vanguard REIT | | | | | Buy (add'l) | 09/06/11 | J | | |
| 244. | | | | | Sold (part) | 03/03/11 | J | | |
| 245. - -RYDEX/SGI Managed FUT STR A | | | | | Sold (part) | 03/03/11 | J | | |
| 246. - - RS Floating Rate A | | | | | Buy | 03/03/11 | K | | |
| 247. | | | | | Sold (part) | 06/22/11 | J | A | |
| 248. | | | | | Sold (part) | 09/06/11 | J | A | |
| 249. MWCM LLC, Ltd Ptr, RE development Macomb MI | A | Interest | M | W | | | | | |
| 250. Powder, LLC joint interest in condo in Copper Mtn, CO | | None | M | W | | | | | |
| 251. Condominium in Snowmass, Colorado | | None | O | W | | | | | |
| 252. NJH Associates, Partner | G | Distribution | M | W | | | | | |
| 253. - Vendee's interest in unimproved CA property | | | | | | | | | |
| 254. - BJW Associates Real Estate NYC | | | | | | | | | |
| 255. - Lexington Ave Assoc Real Estate NYC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - First Sutton Assoc Real Estate NYC | | | | | | | | | |
| 257. - Asbury Plaza Venture, Real Estate, Chicago | | | | | | | | | |
| 258. - Alma Assoc. Real Estate Arkansas | | | | | | | | | |
| 259. - Belmont Madison Assoc Real Estate NYC | | | | | | | | | |
| 260. - Lincoln Terrace Assoc. NYC | | | | | | | | | |
| 261. NJHA Assoc., Partner | B | Interest | K | W | | | | | |
| 262. 4400 University Ltd Partnership | A | Interest | K | W | | | | | |
| 263. 2001 Trust, shared beneficial interest | D | Int./Div. | O | T | | | | | |
| 264. - - Escrowed Funds | | | | | | | | | |
| 265. - - JPM Private Equity | | | | | | | | | |
| 266. - - JPM Tax Free MM | | | | | | | | | |
| 267. 2006 Trust, shared beneficial interest | A | Int./Div. | N | T | | | | | |
| 268. - - Escrowed Funds | | | | | | | | | |
| 269. - - JPM Tax Free MM | | | | | | | | | |
| 270. 2007 Trust, shared beneficial interest | E | Int./Div. | P1 | T | | | | | |
| 271. - - Escrowed Funds | | | | | | | | | |
| 272. - - JPM Private Equity | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - - JPM Tax Free MM | | | | | | | | | |
| 274. LTR 2010 Trust, shared beneficial interest | G | Int./Div. | P2 | T | | | | | |
| 275. - - JP Morgan Money Market | | | | | | | | | |
| 276. - - State of California Pub Imps Bonds | | | | | | | | | |
| 277. - - JPM Tax Free Resv Sweep FD | | | | | | | | | |
| 278. - - City of NY NY Ref Pub Imp Bonds | | | | | | | | | |
| 279. - - City of NY NY Ref Pub Imps Bonds | | | | | | | | | |
| 280. - - City of NY NY Muni Wtr Bonds | | | | | | | | | |
| 281. - - State of NY Pub Imps Bonds | | | | | | | | | |
| 282. - - Puerto Rico Bonds | | | | | | | | | |
| 283. - - RAI SPV2, LLC | | | | | | | | | |
| 284. - - Residential Fund 321, LLC | | | | | | | | | |
| 285. - - NADG US Supermarket Anchored Fund | | | | | | | | | |
| 286. - - GloStream | | | | | | | | | |
| 287. - - Trends Restaurant Group, LLC | | | | | Buy | 10/24/11 | L | | |
| 288. - - Loans Receivable from HW | | | | | | | | | |
| 289. - - Wells Fargo Acct | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Estate JJW - Administratrix | G | Int./Div. | P2 | T | | | | | |
| 291.  - - BOA Checking Acct #1 | | | | | | | | | |
| 292.  - - BOA Checking Acct #2 | | | | | | | | | |
| 293.  - - Escrowed Funds (no control of income) | | | | | | | | | |
| 294.  - - BOA Brokerage Acct (see below) | | | | | | | | | |
| 295.  - - Columbia (BOFA) NY Tax Exempt Reserves | | | | | | | | | |
| 296.  - - CMA Ultra Short Term Bond Fund | | | | | | | | | |
| 297.  - - Marc Pharmaceutical stock | | | | | | | | | |
| 298.  - - Smith Barney Brokerage Account | | | | | | | | | |
| 299.  ---------- Entrada Networks, Inc. | | | | | | | | | |
| 300.  ---------- Neo-Stem, Inc. | | | | | | | | | |
| 301.  ---------- Zhone Technolgies | | | | | | | | | |
| 302.  L Fam TR BW ( [redacted] | A | Int./Div. | P1 | W | | | | | |
| 303.  - - Membership Int in LFT, LLC | | | | | | | | | |
| 304.  - - Wachovia account | | | | | | | | | |
| 305.  L Fam TR FW ( [redacted] | A | Int./Div. | P1 | W | | | | | |
| 306.  - - Membership Int in LFT, LLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - - Wachovia account | | | | | | | | | |
| 308.  Promissory Note from LFT-BW | F | Interest | P1 | T | | | | | |
| 309.  Promissory Note from LFT-FW | F | Interest | P1 | T | | | | | |
| 310.  Promissory Note from LFT-FL | D | Interest | M | T | | | | | |
| 311.  Promissory Note from LFT-AL | D | Interest | M | T | | | | | |
| 312.  Rohlik Foundation, Inc., Trustee | E | Int./Div. | P1 | T | | | | | |
| 313.  - Fidelity Brokerage Acct MM Cash | | | | | | | | | |
| 314.  - - Invesco Ltd (IVZ) | | | | | Sold | 05/02/11 | K | D | |
| 315.  - - Weatherford Intl (WFT) | | | | | | | | | |
| 316.  - - Nobel Corp. (NE) | | | | | | | | | |
| 317.  - - Tyco Intl (TYC) | | | | | | | | | |
| 318.  - - AECOM Technology (ACM) | | | | | Sold | 06/28/11 | K | | |
| 319.  - - Alexander & Baldwin (ALEX) | | | | | | | | | |
| 320.  - - Amer Finl Grp Inc. (AFG) | | | | | Sold | 03/14/11 | K | C | |
| 321.  - - Apache Corp (APA) | | | | | Sold | 02/02/11 | K | D | |
| 322.  - - Apple, Inc. (AAPL) | | | | | | | | | |
| 323.  - - Ashland, Inc. (ASH) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - - Avago Technologies (AVGO) | | | | | | | | | |
| 325.  - - Baxter Intl Inc. (BAX) | | | | | | | | | |
| 326.  - - Bunge Ltd Com | | | | | Buy | 11/16/11 | K | | |
| 327.  - - Canadian Oil Sands ltd Com | | | | | Buy | 09/23/11 | K | | |
| 328.  - - CVS Caremark Corp (CVS) | | | | | | | | | |
| 329.  - - Celgene Corp (CELG) | | | | | | | | | |
| 330.  - - Cisco Sys Inc. (CSCO) | | | | | Sold | 12/23/11 | K | | |
| 331.  - - Conoco Phillips | | | | | Buy | 10/12/11 | K | | |
| 332.  - - Denbury Res Inc. (DNR) | | | | | | | | | |
| 333.  - - Devon Energy (DVN) | | | | | | | | | |
| 334.  - - Devry, Inc. (DV) | | | | | Sold | 04/11/11 | K | A | |
| 335.  - - Eagle Materials | | | | | Buy | 12/28/11 | K | | |
| 336.  - - Ensco PLC Spon ADR | | | | | Buy | 11/08/11 | K | | |
| 337.  - - Express Scripts (ESRX) | | | | | | | | | |
| 338.  - - FISERV, Inc. (FISV) | | | | | | | | | |
| 339.  - - Google, Inc. CL A (GOOG) | | | | | | | | | |
| 340.  - - Hewlett Packard (HPQ) | | | | | Sold | 04/21/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - - Intel Corp (INTC) | | | | | | | | | |
| 342. - - Intl Business Mach (IBM) | | | | | | | | | |
| 343. - - Iron Mountain, Inc. (IRM) | | | | | Sold | 04/05/11 | L | D | |
| 344. - - JP Morgan (JPM) | | | | | | | | | |
| 345. - - Johnson & Johnson (JNJ) | | | | | Sold | 01/28/11 | K | C | |
| 346. - - Johnson Ctls Inc. (JCI) | | | | | Buy | 12/21/11 | K | | |
| 347. - - Kinder Morgan, Inc. DEL | | | | | Buy | 10/20/11 | K | | |
| 348. - - Kohls Corp (KSS) | | | | | | | | | |
| 349. - - Kroger Co (KR) | | | | | | | | | |
| 350. - - Lender Processing Svcs, Inc. (LPS) | | | | | Sold | 04/14/11 | K | B | |
| 351. - - Liberty Media Corp (LSTZA) | | | | | Sold | 11/23/11 | K | C | |
| 352. - - McGraw Hill (MHP) | | | | | Sold | 04/14/11 | L | D | |
| 353. - - Microsoft Corp (MSFT) | | | | | | | | | |
| 354. - - NII Holdings Inc. New | | | | | Buy | 02/28/11 | K | | |
| 355. - - Nobel Energy (NBL) | | | | | | | | | |
| 356. - - Northeast Utilities (NU) | | | | | | | | | |
| 357. - - Oracle Corp (ORCL) | | | | | Sold | 12/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - - Peoples UTD FINL Inc. | | | | | Buy | 04/27/11 | L | | |
| 359. - - Pepsico (PEP) | | | | | | | | | |
| 360. - - Pfizer, Inc. (PFE) | | | | | | | | | |
| 361. - - Plum Creek Timber (PGL) | | | | | Sold | 08/10/11 | K | | |
| 362. - - Powershares DB Multi | | | | | | | | | |
| 363. - - Proctor & Gamble Co (PG) | | | | | | | | | |
| 364. - - Qualcomm Inc. | | | | | Buy | 12/09/11 | K | | |
| 365. - - Reinsurance Group Amer (RGA) | | | | | | | | | |
| 366. - - Republic Services, Inc. CL A (RSG) | | | | | | | | | |
| 367. - - Sempra Energy (SRE) | | | | | | | | | |
| 368. - - Shire ADR (SHPGY) | | | | | | | | | |
| 369. - - Smucker JM Co (SJM) | | | | | Sold | 07/27/11 | K | C | |
| 370. - - TD Ameritrade (AMTD) | | | | | | | | | |
| 371. - - Teradata Corp Del | | | | | Buy | 12/23/11 | K | | |
| 372. - - TEVA Pharmaceutical (TEVA) | | | | | | | | | |
| 373. - - Thermo Fisher (TMO) | | | | | Sold | 10/31/11 | K | B | |
| 374. - - Time Warner Inc. | | | | | Buy | 09/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. - - Tortoise MLP Fund | | | | | Buy | 01/28/11 | L | | |
| 376. - - Vanguard Emerging Markets (VWO) | | | | | | | | | |
| 377. - - US Treas Nts 2/28/2013 | | | | | | | | | |
| 378. - - US Treas Nts 2/15/2018 | | | | | | | | | |
| 379. - - (3) Israel Bonds | | | | | | | | | |
| 380. W Fam Foundation, Director and President | C | Int./Div. | N | T | | | | | |
| 381. - - Morgan Keegan MM | | | | | | | | | |
| 382. - - Dodge & Cox Income Fund | | | | | Buy | 11/17/11 | L | | |
| 383. - - Lateef Fund I | | | | | Buy | 11/17/11 | L | | |
| 384. - - Mutual Hedge Frontier Legends I | | | | | Buy | 11/17/11 | K | | |
| 385. - - Wasatch 1st Source Monogram Fund | | | | | Buy | 11/18/11 | K | | |
| 386. - - Federated Total Return Bond Fund | | | | | Buy | 11/17/11 | L | | |
| 387. - - Arbitrage Fund R | | | | | Buy | 11/17/11 | K | | |
| 388. - - James Alpha Global Enhanced Real Rtn A | | | | | Buy | 11/18/11 | K | | |
| 389. - - Invesco Balanced Risk Alloc Fund Cl A | | | | | Buy | 11/18/11 | K | | |
| 390. - - Nuveen Santa Barbara Growth A | | | | | Buy | 12/07/11 | K | | |
| 391. - - Thornburg Value Fund Class I | | | | | Buy | 12/12/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. R Fam. Foundation, Director | F | Int./Div. | P1 | T | | | | | |
| 393. - - US Treasury cas res instl | | | | | Sold | 01/27/11 | K | B | |
| 394. - - American International Group | | | | | Sold | 01/27/11 | J | | |
| 395. - - Amgen, Inc. | | | | | Sold | 01/27/11 | K | A | |
| 396. - - Berkshire Hathaway, Inc. Del CL B | | | | | Sold | 01/27/11 | K | D | |
| 397. - - Exxon Mobil | | | | | Sold | 01/27/11 | K | E | |
| 398. - - Frontier Comm Corp | | | | | Sold | 01/27/11 | J | A | |
| 399. - - General Electric | | | | | Sold | 01/27/11 | J | | |
| 400. - - Intel Corp | | | | | Sold | 01/27/11 | J | | |
| 401. - - Medco Health Solutions | | | | | Sold | 01/27/11 | J | C | |
| 402. - - Merck & Co. | | | | | Sold | 01/27/11 | K | | |
| 403. - - Pfizer, Inc. | | | | | Sold | 01/27/11 | J | | |
| 404. - - Texas Instruments | | | | | Sold | 01/27/11 | K | C | |
| 405. - - Verizon | | | | | Sold | 01/27/11 | K | B | |
| 406. - - Wells Fargo & Co. | | | | | Sold | 01/27/11 | K | C | |
| 407. - - IShares Barclays 20+ year | | | | | Sold | 01/27/11 | M | D | |
| 408. - - IShares Barclays 7-10 year | | | | | Sold | 01/27/11 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 62

Name of Person Reporting

White, Helene N.

Date of Report

02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - - IShares Barclays 1-3 year | | | | | Sold | 01/27/11 | M | C | |
| 410. - - Barc Cont Buff EQ SPX | | | | | Buy | 05/27/11 | J | | |
| 411. - -CS Market Plus SPX | | | | | Buy | 06/22/11 | J | | |
| 412. - -GS Cont Buff EQ SPX | | | | | Buy | 03/30/11 | K | | |
| 413. - -HSBC Cont Buff EQ SPX | | | | | Buy | 10/05/11 | K | | |
| 414. - - JPM Larg Cap Growth FD - SEL | | | | | Buy | 01/31/11 | K | | |
| 415. | | | | | Buy (add'l) | 02/23/11 | K | | |
| 416. - - Nuveen NWQ Value Opp Fund | | | | | Buy | 01/31/11 | K | | |
| 417. - - Professionally Managed Portfolios - the Osterweis Fund | | | | | Buy | 01/31/11 | K | | |
| 418. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 419. - - SIT MUT FDS Inc Dividend Growth | | | | | Buy | 01/31/11 | K | | |
| 420. | | | | | Buy (add'l) | 02/23/11 | K | | |
| 421. - - SPDR S&P 500 ETF Trust | | | | | Buy | 02/25/11 | L | | |
| 422. - - IShares S&P Mid Cap 400 Index Fund | | | | | Buy | 02/02/11 | K | | |
| 423. | | | | | Buy (add'l) | 02/25/11 | K | | |
| 424. - - Artisan Intl Value Fund - Inv | | | | | Buy | 12/16/11 | L | | |
| 425. - - Dodge & Cox International Stock | | | | | Buy | 01/03/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 62

Name of Person Reporting

White, Helene N.

Date of Report

02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 01/31/11 | K | | |
| 427.  - - JPM Bren EAFE (7/5/12) | | | | | Buy | 06/22/11 | K | | |
| 428.  - - JPM Bren EAFE (10/11/12) | | | | | Buy | 09/28/11 | K | | |
| 429.  - - JPM Bren EAFE (11/7/12) | | | | | Buy | 10/26/11 | K | | |
| 430.  - - Aberdeen Asia Pacifi Ex Japan Equity Inst Fd | | | | | Buy | 01/31/11 | K | | |
| 431. | | | | | Buy (add'l) | 02/23/11 | L | | |
| 432.  - - BARC Bren Asia Basket | | | | | Buy | 05/27/11 | J | | |
| 433.  - - CS Bren Asia Basket | | | | | Buy | 10/05/11 | K | | |
| 434.  - - Matthews Asia Div Inst | | | | | Buy | 01/31/11 | K | | |
| 435. | | | | | Buy (add'l) | 03/25/11 | K | | |
| 436.  - -Transamerica Fds | | | | | Buy | 03/25/11 | K | | |
| 437.  - - Vanguard MSCI Emerging Markets ETF | | | | | Buy | 02/02/11 | K | | |
| 438.  - - Arbitrage Funds - I | | | | | Buy | 02/23/11 | L | | |
| 439.  - - Eaton Vance Mut Fds TR Global Macro - I | | | | | Buy | 02/23/11 | L | | |
| 440.  - - Gateway Fund - Y | | | | | Buy | 03/25/11 | L | | |
| 441.  - - JPM US Real Estate FD - Sel | | | | | Buy | 03/25/11 | L | | |
| 442.  - - Barc Callable Palldium CP NT | | | | | Buy | 04/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 62

**Name of Person Reporting**

White, Helene N.

**Date of Report**

02/27/2013

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - - Highbridge Dynamic Comm Strg Fd | | | | | Buy | 02/23/11 | K | | |
| 444. - - JPM GSCI Brend Crude CPN Note | | | | | Buy | 05/27/11 | K | | |
| 445. - - Powershares DB Comm Index Tracking Fd | | | | | Buy | 02/02/11 | K | | |
| 446. - - Harbor High Yield Bond Fund | | | | | Buy | 01/31/11 | M | | |
| 447. - - Eaton Vance Mut Fds TR | | | | | Buy | 02/01/11 | L | | |
| 448. - - JPM High Yield Fd - Sel | | | | | Buy | 02/23/11 | L | | |
| 449. - - JPM TR I InFL Managed Bd | | | | | Buy | 01/31/11 | L | | |
| 450. - - Vanguard FI Secs F INtr TRM CP PT | | | | | Buy | 12/30/11 | M | | |
| 451. - - Blackrock High Yield Bond | | | | | Buy | 03/25/11 | L | | |
| 452. - - Ridgeworth FDS | | | | | Buy | 01/31/11 | M | | |
| 453. - - Ridgeworth Intermediate | | | | | Buy | 01/31/11 | M | | |
| 454. - -BARC 95% PPN FX Basket 1/22/13 | | | | | Buy | 07/22/11 | K | | |
| 455. - - BARC 93% PPN BRIC Basket 9/26/13 | | | | | Buy | 09/28/11 | K | | |
| 456. - -JPM Intl Currency Inc FD | | | | | Buy | 01/31/11 | L | | |
| 457. - - Dreyfus / Laurel Fds TR | | | | | Buy | 01/31/11 | L | | |
| 458. Brokerage Acct #10 (McAdams Wright Ragen) | | | | | | | | | |
| 459. - - Money Market Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 62

Name of Person Reporting

White, Helene N.

Date of Report

02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - - Abbott Laboratories | C | Dividend | M | T | | | | | |
| 461. - - American WTR WKS CO Inc. New Com | B | Dividend | | | Sold | 06/20/11 | M | F | |
| 462. - - Ash Grove Cem Co. | B | Dividend | L | T | | | | | |
| 463. - - Automatic Data Processing | C | Dividend | M | T | | | | | |
| 464. - - Beckman Coulter, Inc. | A | Dividend | | | Sold | 06/27/11 | N | G | |
| 465. - - Berkshire Hataway Inc. Del CL A Fmly Common | | None | M | T | | | | | |
| 466. - - Boswell JG CO Com | C | Dividend | M | T | | | | | |
| 467. - - Bristol Myers Squibb | D | Dividend | M | T | | | | | |
| 468. - - Campbell Soup Co. | C | Dividend | M | T | | | | | |
| 469. - - Coca Cola Co. | C | Dividend | M | T | | | | | |
| 470. - - Conocophillips | D | Dividend | M | T | | | | | |
| 471. Encana Corp. Com | D | Dividend | M | T | Buy | 06/07/11 | M | | |
| 472. | | | | | Buy (add'l) | 08/01/11 | K | | |
| 473. | | | | | Buy (add'l) | 11/16/11 | M | | |
| 474. | | | | | Sold (part) | 12/19/11 | L | | |
| 475. | | | | | Sold (part) | 12/19/11 | K | | |
| 476. - - El Paso Pipeline Partners LP Com Unit LTD | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 62

Name of Person Reporting

White, Helene N.

Date of Report

02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. - - Enterprise Products PPTNS LP | D | Dividend | N | T | | | | | |
| 478. - - Exelon Corp | A | Dividend | | T | Sold | 06/09/11 | K | A | |
| 479. - - Entergy New Orleans PFD | C | Dividend | M | T | Buy | 01/04/11 | M | | |
| 480. - - Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 481. - - Expeditors Int'l Wash | A | Dividend | M | T | Buy | 11/16/11 | M | | |
| 482. - - Federated Investors Inc. CL B | C | Dividend | | T | Sold | 09/01/11 | L | | |
| 483. - - First Natl BK Alaska | C | Dividend | M | T | | | | | |
| 484. - - Health Care Reit, Inc. | D | Dividend | M | T | | | | | |
| 485. - - ITT Corp. | C | Dividend | K | T | | | | | |
| 486. - - Johnson & Johnson | C | Dividend | M | T | | | | | |
| 487. - - Kimberly Clark Corp. | D | Dividend | | | Sold | 10/05/11 | M | E | |
| 488. - - Kraft Foods, Inc. CL A | D | Dividend | M | T | | | | | |
| 489. - - Lilly Eli & Co. | D | Dividend | M | T | | | | | |
| 490. | | | | | Buy (add'l) | 04/08/11 | L | | |
| 491. - - M&T Bank Corp. | D | Dividend | M | T | | | | | |
| 492. - - Medtronic, Inc. | C | Dividend | M | T | | | | | |
| 493. - - Merck & Co, Inc. New Com N/C | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 62

Name of Person Reporting

White, Helene N.

Date of Report

02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 04/08/11 | L | | |
| 495. - - Microsoft Corp. | C | Dividend | M | T | | | | | |
| 496. - - Morgan Stanley Asia Pacific FD Inc. | B | Dividend | M | T | | | | | |
| 497. - - Mosaic Co. New Com | A | Dividend | M | T | Buy | 06/06/11 | M | | |
| 498. | | | | | Buy (add'l) | 11/16/11 | M | | |
| 499. | | | | | Sold (part) | 12/19/11 | L | | |
| 500. - - Nestle SA Spon | | None | M | T | Buy | 12/13/11 | M | | |
| 501. - - Newmont Mng Corp HIDG Co | C | Dividend | M | T | | | | | |
| 502. - - NSTAR Elec Co PFD | D | Dividend | M | T | | | | | |
| 503. - - PAC CAR Inc Com | B | Dividend | M | T | Buy | 07/29/11 | N | | |
| 504. - - Pacificorp | D | Dividend | M | T | | | | | |
| 505. - - Pardee Resources Co. | C | Dividend | M | T | | | | | |
| 506. - - Penn VA Resource (PVR) Partners LP Com Unit Repstg LTD | E | Dividend | N | T | | | | | |
| 507. - - Pepsico, Inc. | C | Dividend | | | Sold | 06/13/11 | M | E | |
| 508. - - Pfizer, Inc. | D | Dividend | M | T | | | | | |
| 509. - - Qualcomm, Inc. | A | Dividend | | | Sold | 05/11/11 | M | F | |
| 510. - - Rayonier, Inc. | C | Distribution | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 62

Name of Person Reporting

White, Helene N.

Date of Report

02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - - Royal Dutch Shell PLC Spons ADR Repstg B SHS | D | Dividend | M | T | | | | | |
| 512. - - Southern Co. | D | Dividend | M | T | | | | | |
| 513. - - Swiss Helveria Fund, Inc. | D | Dividend | | | Sold | 10/26/11 | L | E | |
| 514. - - Sysco Corp. | D | Dividend | M | T | | | | | |
| 515. - - Target Corp Com | B | Dividend | M | T | Buy | 03/02/11 | M | | |
| 516. - - Telsa Mtrs Inc. | | None | M | T | Buy | 03/15/11 | M | | |
| 517. - - United Parcel SVC Inc., CL B | B | Dividend | | | Sold | 04/08/11 | M | F | |
| 518. - - Ventas, Inc. | D | Dividend | M | T | | | | | |
| 519. - - Verizon Comm | C | Dividend | | | Sold | 04/08/11 | M | E | |
| 520. - - Virginia Electric & Pwr Co PFD | D | Dividend | M | T | | | | | |
| 521. - - Vodafone Group PLC New | C | Dividend | M | T | Buy | 05/12/11 | M | | |
| 522. - - WTB Finl Corp CMT CL B COM Non Vtg | | None | M | T | | | | | |
| 523. - - Wal-Mart Stores, Inc. | C | Dividend | | | Sold | 08/22/11 | M | D | |
| 524. - - Washington Fed | B | Dividend | | | Buy | 04/15/11 | M | | |
| 525. | | | | | Sold | 12/13/11 | M | | |
| 526. - - Weyerhaeuser Co. | D | Dividend | M | T | | | | | |
| 527. - - Wisconsin Pub SVC Corp PFD | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 62

Name of Person Reporting

White, Helene N.

Date of Report

02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - - XCEL Energy Inc. Com | D | Dividend | M | T | | | | | |
| 529. - -XYLEM, Inc. | A | Dividend | L | T | Buy | 12/30/11 | L | | |
| 530. - - Yahoo, Inc. | | None | | | Sold | 02/15/11 | M | E | |
| 531. - - Macomb Twp Mich Bldg Auth LTD | B | Interest | | | Sold | 04/01/11 | L | | |
| 532. - - Garden City Mich Sch Dist GO | B | Interest | | | Sold | 05/02/11 | L | | |
| 533. - - Harper Creek Mich Cmnty Sch Dist | D | Interest | | | Sold | 05/02/11 | M | | |
| 534. - - Huron Mich Sch Dist GO BDS SER | B | Interest | | | Sold | 05/02/11 | L | | |
| 535. - - Kalamazoo Mich City Sch Dist GO BDS | C | Interest | | | Sold | 05/02/11 | L | | |
| 536. - - Kent City Mich CMNTY SCHS Sch BLDG | C | Interest | | | Sold | 05/02/11 | M | | |
| 537. - - East China Sch Dist Mich GO SCH BLDG | D | Interest | | | Sold | 11/01/11 | M | | |
| 538. - - Michigan St GO BDS Clean Mich | C | Interest | | | Sold | 11/01/11 | L | | |
| 539. - - Oxford, Mich Area CMNTY SCH Dist GO | C | Interest | | | Sold | 11/01/11 | L | | |
| 540. - - Oxford, Mich Area CMNTY SCH Dist GO | C | Interest | | | Sold | 11/01/11 | L | | |
| 541. - - Rochester Mich CMNTY Sch Dist GO Sch BDS | D | Interest | | | Sold | 11/01/11 | M | | |
| 542. - - Pontiac Mich Tax Increment Fin Auth | E | Interest | O | T | | | | | |
| 543. - - Gibraltar Mich Sch Dist Sch Bldg and Site BDS SER 2002 | D | Interest | M | T | | | | | |
| 544. - - Gibraltar Mich Sch Dist Sch Bldg and Site BDS SER 2002 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 62

Name of Person Reporting

White, Helene N.

Date of Report

02/27/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - - OVID ELSIE Mich Area SCHS GO BDS SER | D | Interest | N | T | | | | | |
| 546. - - South Lyon Mich CMNTY SCHS GO | D | Interest | M | T | | | | | |
| 547. - - Det Mich City SCH Dist GO BDS SER | E | Interest | O | T | | | | | |
| 548. - - Eastern Mich Univ Revs Rev BDS | C | Interest | M | T | | | | | |
| 549. - - Detroit Mich WTR Supply SYS REV | D | Interest | N | T | | | | | |
| 550. - - Orchard View Mich SCHS GO BDS | D | Interest | M | T | | | | | |
| 551. - - Macomb CNty Mich Hosp FIN Auth | E | Interest | O | T | | | | | |
| 552. - - Eaton Rapids Mich Pub SCHS GO School BDS | E | Interest | O | T | | | | | |
| 553. - - Southfield Mich Pub SCHS GO School BDS | D | Interest | N | T | | | | | |
| 554. - - Southfield Mich Pub SCHS GO School BDS | D | Interest | M | T | | | | | |
| 555. - - Wayne Mich LTD GO BDS SER | E | Interest | O | T | | | | | |
| 556. - - Muskegon Cnty Mich GO Ltd Tax | A | Interest | O | T | Buy | 06/01/11 | O | | |
| 557. - - Puerto Rico Comwlth Hwy & Transp | D | Interest | N | T | | | | | |
| 558. - - Puerto Rico Comwlth Hwy & Transp | B | Interest | M | T | | | | | |
| 559. - - Puerto Rico Comwlth Hwy & Transp | C | Interest | M | T | | | | | |
| 560. - - Puerto Rico Comwlth REFGO Bds Ser 2006A | C | Interest | M | T | | | | | |
| 561. - - Puerto Rico Elec Pwr Quth Pwr | D | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - - Puerto Rico Comwlth Hwy & Trans Auth | D | Interest | M | T | | | | | |
| 563. - - Ann Arbor Mich LTD GO BDS MAINTENANCE | D | Interest | M | T | | | | | |
| 564. - - Battle Creek Mich LTD GO REF BDS | D | Interest | N | T | | | | | |
| 565. - - Freeland Mich Cmnty SCH Dist GO REF BDS | D | Interest | N | T | | | | | |
| 566. - - Chelsea Mich SCH Dist Ref GO BDS | C | Interest | M | T | | | | | |
| 567. - - Portage Mich PUB SCHS GO SCH BDS | D | Interest | N | T | | | | | |
| 568. - - Three Rivers Mich Cmnty SCHS GO | C | Interest | M | T | | | | | |
| 569. - - South Haven Mich LTD GO BDS SER | E | Interest | N | T | | | | | |
| 570. - - San Juan Basin Rty Tr Unit Ben Int | C | Interest | M | T | | | | | |
| 571. - - Detroit Mich Sew Disprev | E | Interest | N | T | | | | | |
| 572. Brokerage Acct #11 (U.S. TRUST) | | | | | | | | | |
| 573. - - BOFA Tax Exempt Reserves | A | Interest | K | T | | | | | |
| 574. - - CMG Ultra Short Term Bond Fund | | None | | | Sold | 01/05/11 | J | | |
| 575. - - Artio Global High Income Fund | E | Dividend | M | T | | | | | |
| 576. | | | | | Buy (add'l) | 02/04/11 | J | | |
| 577. | | | | | Buy (add'l) | 02/04/11 | J | | |
| 578. | | | | | Buy (add'l) | 04/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Buy (add'l) | 05/02/11 | J | | |
| 580. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 581. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 582. | | | | | Buy (add'l) | 08/01/11 | J | | |
| 583. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 584. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 585. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 586. | | | | | Buy (add'l) | 12/01/11 | J | | |
| 587. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 588. | | | | | Sold (part) | 01/24/11 | L | C | |
| 589. | | | | | Sold (part) | 02/03/11 | L | C | |
| 590. | | | | | Sold (part) | 06/01/11 | L | B | |
| 591. | | | | | Sold (part) | 08/01/11 | J | C | |
| 592.  - - Pimco Fds Pac Invt Mgmt Ser | | None | | | Sold | 02/03/11 | N | | |
| 593.  - - Pimco Com Real Return Fund | F | Dividend | M | T | | | | | |
| 594. | | | | | Sold (part) | 06/06/11 | K | B | |
| 595. | | | | | Sold (part) | 07/21/11 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - - Pimco Developing Local MKTS Fund | | None | | | Sold | 03/14/11 | N | C | |
| 597. - -Pimco Emerging Mkt Currency Fund | C | Dividend | M | T | Buy | 01/04/11 | J | | |
| 598. | | | | | Buy (add'l) | 02/02/11 | J | | |
| 599. | | | | | Buy (add'l) | 03/02/11 | J | | |
| 600. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 601. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 602. | | | | | Buy (add'l) | 06/07/11 | J | | |
| 603. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 604. | | | | | Buy (add'l) | 08/01/11 | J | | |
| 605. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 606. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 607. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 608. | | | | | Buy (add'l) | 12/01/11 | J | | |
| 609. | | | | | Sold (part) | 01/04/11 | J | | |
| 610. | | | | | Sold (part) | 01/24/11 | L | | |
| 611. | | | | | Sold (part) | 02/02/11 | J | | |
| 612. | | | | | Sold (part) | 02/03/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 03/02/11 | J | | |
| 614. | | | | | Sold (part) | 03/14/11 | K | | |
| 615. | | | | | Sold (part) | 04/11/11 | J | | |
| 616.  - - IShares MSCI Australia Index | D | Dividend | M | T | | | | | |
| 617. | | | | | Sold (part) | 07/08/11 | K | B | |
| 618.  - - IShares MSCI Brazil Free Index Fund | C | Dividend | | | Sold (part) | 01/26/11 | K | | |
| 619. | | | | | Sold (part) | 07/08/11 | K | | |
| 620. | | | | | Sold | 11/04/11 | M | | |
| 621.  - - IShares TR Goldman Sachs Nat Res | | None | | | Sold | 01/21/11 | M | | |
| 622.  - - IShares TR Cohen & Steers Realty | C | Dividend | M | T | | | | | |
| 623.  - - IShares MSCI CDA Index Fund | C | Dividend | M | T | | | | | |
| 624. | | | | | Sold (part) | 01/26/11 | K | B | |
| 625. | | | | | Sold (part) | 07/08/11 | K | C | |
| 626. | | | | | Sold (part) | 07/08/11 | K | | |
| 627.  - - IShares TR MSCI Emerging Markets | A | Dividend | L | T | | | | | |
| 628.  - - IShares MSCI Hong Kong Index Fund | C | Dividend | M | T | | | | | |
| 629. | | | | | Sold (part) | 01/26/11 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold (part) | 07/08/11 | K | B | |
| 631. - -IShares S&P Latin America | B | Dividend | M | T | Buy | 11/04/11 | M | | |
| 632. - - Market VectorsAfrica Index | | None | | | Sold | 02/25/11 | K | | |
| 633. - - IShares S&P NA Natl Resources Index Fund | B | Dividend | M | T | | | | | |
| 634. - - IShares S&P NA Natl Resources Index Fund | | None | | | Sold (part) | 01/26/11 | J | A | |
| 635. | | | | | Sold (part) | 06/08/11 | K | C | |
| 636. | | | | | Sold | 07/25/11 | K | B | |
| 637. - - IShares Gold Trust | | None | | | Sold | 01/26/11 | M | E | |
| 638. - - IShares TR S&P Global Materials | B | Dividend | | | Sold (part) | 06/08/11 | K | C | |
| 639. | | | | | Sold | 08/11/11 | M | B | |
| 640. - - SPDR Ser TR Metals & MNG ETF | A | Dividend | | | Sold (part) | 01/26/11 | K | B | |
| 641. | | | | | Sold (part) | 06/08/11 | K | D | |
| 642. | | | | | Sold (part) | 07/25/11 | J | B | |
| 643. | | | | | Sold | 08/11/11 | M | D | |
| 644. - - Wisdomtree Emerging Markets | A | Dividend | K | T | | | | | |
| 645. - - Lancaster Co. Neb Sch Dis GO Bond | D | Interest | N | T | | | | | |
| 646. - - NY NY GO Ref Bond | D | Interest | M | T | Sold (part) | 06/08/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647. - - Gwinnett Cnty GA, Wtr & Sewer BDS | D | Interest | N | T | | | | | |
| 648. - - Columbia Acorn TR Fund CL Z | A | Dividend | K | T | | | | | |
| 649. | | | | | Buy<br>(add'l) | 06/09/11 | J | | |
| 650. | | | | | Buy<br>(add'l) | 12/08/11 | J | | |
| 651. | | | | | Sold<br>(part) | 01/24/11 | K | C | |
| 652. | | | | | Sold<br>(part) | 03/14/11 | L | A | |
| 653. | | | | | Sold<br>(part) | 03/16/11 | K | D | |
| 654. | | | | | Sold<br>(part) | 06/24/11 | K | D | |
| 655. - - Columbia Select Small Cap Fund | | None | K | T | Sold<br>(part) | 06/24/11 | J | C | |
| 656. | | | | | Sold<br>(part) | 11/28/11 | J | A | |
| 657. - - Brazos Cnty Tex CTFS of OBL LTD Bonds | D | Interest | N | T | | | | | |
| 658. - - Columbia Short Term Mun Bd Fund | | None | | | Sold | 03/01/11 | J | | |
| 659. - - Columbia Tax Exempt Reserves | | | | | Sold | 02/11/11 | K | | |
| 660. - - Columbia FDS SER TR Short Term Mun | | None | | | Sold | 02/11/11 | K | | |
| 661. - - Cook Cnty Ill GO Bonds | D | Interest | N | T | | | | | |
| 662. - - Chicago Illinois GO Bond | D | Interest | | | Sold<br>(part) | 07/01/11 | M | | |
| 663. | | | | | Sold | 11/04/11 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - - Pigeon Forge Tenn GO Ref Bonds | D | Interest | N | T | | | | | |
| 665. - - BA Hedge Fund OZ Domestic Partners II | | None | O | T | | | | | |
| 666. - - BA Hedge Fund Kingdon Asso | | None | N | T | | | | | |
| 667. - - Clarksville, Tenn Elec Sys. Rev Bond | D | Interest | N | T | | | | | |
| 668. - - Ithaca City NY Pub Imp Bds | E | Interest | N | T | | | | | |
| 669. - - Ohio State Wtr Dev Auth | D | Interest | N | T | | | | | |
| 670. - - Olympia Wash, Tax GO Bonds | B | Interest | | | Sold | 02/10/11 | N | A | |
| 671. - - Cedar Park, Tex GO Ref Bonds | D | Interest | N | T | | | | | |
| 672. - - Clark Cnty Nev LDT Tax Ref Bonds | E | Interest | N | T | | | | | |
| 673. - - Clark Cnty Nev for Issues dtd GO LTD Tax Trans Ref Bds | D | Interest | N | T | | | | | |
| 674. - - JEA Fla Elec Sys Rev Bonds | D | Interest | N | T | | | | | |
| 675. - - Madison Cnty Miss Sch Dist Bonds | D | Interest | N | T | | | | | |
| 676. - - Ohio St Nat Resources Bonds | D | Interest | N | T | | | | | |
| 677. - - Royce Opp Fund | | None | M | T | Sold (part) | 03/14/11 | L | D | |
| 678. - - Hillsborough Cnty Fla Environmental BD | D | Interest | N | T | | | | | |
| 679. - Brokerage Account #11 US Trust Sub-Acct A | | | | | | | | | |
| 680. - - BOFA Tax Exempt Reserves | A | Int./Div. | | | Redeemed | 10/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  - - BP PLC SPON ADR | A | Dividend | | | Buy | 03/16/11 | K | | |
| 682. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 683. | | | | | Sold | 10/12/11 | K | | |
| 684.  - – Carefusion | | None | | | Sold (part) | 07/08/11 | J | C | |
| 685. | | | | | Sold | 10/11/11 | K | C | |
| 686.  - - Citigroup, Inc. | A | Dividend | | | Buy (add'l) | 09/30/11 | K | | |
| 687. | | | | | Sold (part) | 08/26/11 | K | | |
| 688. | | | | | Sold | 10/11/11 | J | | |
| 689.  - - Delta Air Lines | | None | | | Sold | 08/26/11 | K | | |
| 690.  - - Devon Energy Corp. | A | Dividend | | | Sold | 10/12/11 | K | | |
| 691.  - - General Electric | B | Dividend | | | Sold | 10/12/11 | K | A | |
| 692.  - -Newmont Mng Corp | A | Dividend | | | Sold | 10/12/11 | L | D | |
| 693.  - - Plains Expl & Prod TN Co | | None | | | Buy | 05/06/11 | K | | |
| 694. | | | | | Sold | 10/12/11 | K | | |
| 695.  - - Sprint Nextel Corp | | None | | | Buy | 02/15/11 | K | | |
| 696. | | | | | Sold | 08/26/11 | K | | |
| 697.  - - Western Union Co. | A | Dividend | | | Sold (part) | 01/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. | | | | | Sold | 08/08/11 | J | B | |
| 699. - - Williams Cos, Inc. Del | | None | | | Sold (part) | 02/10/11 | K | B | |
| 700. | | | | | Sold | 02/23/11 | K | D | |
| 701. - - Genworth | | None | | | Sold (part) | 01/19/11 | J | B | |
| 702. | | | | | Sold | 07/08/11 | J | | |
| 703. - - Mylan, Inc. | | None | | | Buy (add'l) | 05/23/11 | J | | |
| 704. | | | | | Buy (add'l) | 08/19/11 | J | | |
| 705. | | | | | Sold (part) | 01/19/11 | J | D | |
| 706. | | | | | Sold (part) | 07/08/11 | J | A | |
| 707. | | | | | Sold | 10/12/11 | K | B | |
| 708. - -QEP RES Inc | A | Dividend | | | Sold | 08/19/11 | K | | |
| 709. - - Textron, Inc. | A | Dividend | | | Sold | 10/12/11 | K | | |
| 710. - -Madison Square Garden, Inc. | | None | | | Sold | 07/08/11 | K | D | |
| 711. - - XL CAP LTD | | None | | | Sold | 08/03/11 | J | | |
| 712. - - XL Group PLC | A | Dividend | | | Sold (part) | 05/03/11 | J | C | |
| 713. | | | | | Sold (part) | 05/04/11 | J | C | |
| 714. | | | | | Sold (part) | 07/08/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold | 08/03/11 | J | B | |
| 716. - - Anglogold Ashanti Ltd | A | Dividend | | | Sold | 10/12/11 | K | | |
| 717. - - CEMEX S A B DE C V | | None | | | Sold (part) | 04/20/11 | J | | |
| 718. | | | | | Sold | 07/08/11 | K | | |
| 719. - - Korea Electric | | None | | | Sold (part) | 01/07/11 | K | | |
| 720. | | | | | Sold | 02/22/11 | J | | |
| 721. - -ITT Corp New Com | A | Dividend | | | Buy | 05/27/11 | K | | |
| 722. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 723. | | | | | Sold | 10/12/11 | K | | |
| 724. - -Motorola Solutions, Inc. New | A | Dividend | | | Buy | 08/26/11 | K | | |
| 725. | | | | | Sold | 10/12/11 | K | B | |
| 726. - - Yahoo, Inc. | | None | | | Buy | 03/29/11 | K | | |
| 727. | | | | | Sold | 08/26/11 | K | | |
| 728. - Brokerage Account #11 US Trust Sub-Acct B | | | | | | | | | |
| 729. - - BOFA Tax Exempt Money Fund | A | Int./Div. | K | T | | | | | |
| 730. - - Altria Group, Inc. | B | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 731. - - AT&T | B | Dividend | K | T | Sold (part) | 07/11/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT    Name of Person Reporting    Date of Report

White, Helene N.                02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - - Boeing Co | A | Dividend | K | T | Sold (part) | 07/11/11 | J | B | |
| 733. - - Bristol Myers Squibb Co. | B | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 734. - - Chevron Corp | A | Dividend | K | T | Sold (part) | 07/11/11 | J | B | |
| 735. - - Conoco Philips | A | Dividend | K | T | Sold (part) | 07/11/11 | J | C | |
| 736. - - Dominion Resources | A | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 737. - - DuPont EI De Nemours & Co. | A | Dividend | J | T | Sold (part) | 07/11/11 | J | B | |
| 738. - - FPL Group, Inc. | | None | | | Sold | 07/11/11 | J | A | |
| 739. - - General Electric | A | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 740. - - Heinz HJ Co. | A | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 741. - - Intel Corp | A | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 742. - - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 743. - - Kimberly Clark | A | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 744. - - Kraft Foods | A | Dividend | K | T | Sold (part) | 07/11/11 | J | B | |
| 745. - - Lilly Eli & Co | B | Dividend | K | T | Sold (part) | 07/11/11 | J | | |
| 746. - -Merck & Co Inc. | | None | K | T | Buy (add'l) | 10/11/11 | K | | |
| 747. - - Microsoft Corp. | A | Dividend | J | T | Buy (add'l) | 08/01/11 | J | | |
| 748. - - Nextera Energy | A | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - - Philip Morris Intl | A | Dividend | K | T | Sold (part) | 07/11/11 | J | B | |
| 750. - - Travelers Cos, Inc. | A | Dividend | J | T | | | | | |
| 751. - - Verizon Comm | B | Dividend | K | T | Sold (part) | 07/11/11 | J | B | |
| 752. - - 3M Co. | A | Dividend | J | T | Sold (part) | 07/11/11 | J | B | |
| 753. - -Genuine Parts Co. | A | Dividend | K | T | Sold (part) | 07/11/11 | J | C | |
| 754. - - Astrazeneca PLC | B | Dividend | K | T | | | | | |
| 755. - - Diagio PLC | A | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 756. - - HSBC Holdings | A | Dividend | J | T | | | | | |
| 757. - - Nokia Corp | A | Dividend | J | T | | | | | |
| 758. - -Royal Dutch Shell PLC | A | Dividend | K | T | Buy | 04/01/11 | K | | |
| 759. | | | | | Sold (part) | 07/11/11 | J | | |
| 760. - - Unilever NV | A | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 761. - -Vodafone | B | Dividend | K | T | Sold (part) | 07/11/11 | J | B | |
| 762. - - HCP Reit | A | Dividend | K | T | | | | | |
| 763. - -Health Care Reit | B | Dividend | K | T | Sold (part) | 07/11/11 | J | A | |
| 764. - Brokerage Account #11 US Trust Sub-Acct C | | | | | | | | | |
| 765. - - BOFA Tax Exempt Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 766. -- ACME Packet Inc. | | None | J | T | Buy | 08/18/11 | J | | |
| 767. | | | | | Buy | 11/07/11 | J | | |
| 768. -- Allergan, Inc. | A | Dividend | K | T | Sold (part) | 07/08/11 | J | B | |
| 769. -- Amazon | | None | K | T | Buy (add'l) | 10/21/11 | J | | |
| 770. | | | | | Sold (part) | 01/26/11 | J | B | |
| 771. | | | | | Sold (part) | 07/08/11 | J | B | |
| 772. -- Apple, Inc. | | None | K | T | Buy (add'l) | 09/19/11 | J | | |
| 773. | | | | | Sold (part) | 04/07/11 | J | C | |
| 774. | | | | | Sold (part) | 07/08/11 | J | B | |
| 775. -- Biogen Idec Inc. | | None | K | T | Buy | 09/01/11 | J | | |
| 776. | | | | | Buy (add'l) | 12/31/11 | J | | |
| 777. -- CB Richard Ellis GR | | None | | | Buy | 03/11/11 | J | | |
| 778. | | | | | Buy (add'l) | 04/08/11 | J | | |
| 779. | | | | | Sold (part) | 07/08/11 | J | | |
| 780. | | | | | Sold (part) | 12/15/11 | J | | |
| 781. | | | | | Sold | 12/16/11 | J | | |
| 782. -- Cameron Intl Corp | | None | K | T | Buy (add'l) | 01/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

White, Helene N.                                           02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 784. | | | | | Sold (part) | 07/08/11 | J | | |
| 785. - - Caterpillar Inc. | A | Dividend | K | T | Buy | 03/30/11 | J | | |
| 786. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 787. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 788. | | | | | Sold (part) | 07/08/11 | J | | |
| 789. - - Celgene Corp | | None | | | Sold | 02/09/11 | K | | |
| 790. - - Chipolte Mexican Grill | | None | K | T | Buy | 04/27/11 | J | | |
| 791. | | | | | Sold (part) | 07/08/11 | J | A | |
| 792. - - Citrix Sys Inc. | | None | K | T | Buy (add'l) | 02/09/11 | J | | |
| 793. | | | | | Sold (part) | 07/08/11 | J | A | |
| 794. - - Cognizan Technology Solutions CL A | | None | K | T | Buy (add'l) | 09/19/11 | J | | |
| 795. | | | | | Sold (part) | 07/08/11 | J | C | |
| 796. - - EMX Corp | | None | J | T | Buy | 03/30/11 | J | | |
| 797. | | | | | Buy (add'l) | 05/17/11 | J | | |
| 798. | | | | | Sold (part) | 07/08/11 | J | A | |
| 799. - - Expeditors Intl Wash, Inc. | A | Dividend | J | T | Sold (part) | 01/26/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

White, Helene N.                                          02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold (part) | 07/08/11 | J | A | |
| 801.  - - Express Scripts, Inc. | | None | J | T | Sold (part) | 03/10/11 | J | A | |
| 802. | | | | | Sold (part) | 07/08/11 | J | A | |
| 803. | | | | | Sold (part) | 09/21/11 | J | | |
| 804.  - - F5 Networks, Inc. | | None | | | Sold | 03/21/11 | K | D | |
| 805.  - - Freeport-McMoran Copper & Gold, Inc. | A | Dividend | | | Buy (add'l) | 01/28/11 | J | | |
| 806. | | | | | Buy (add'l) | 02/09/11 | J | | |
| 807. | | | | | Sold (part) | 05/17/11 | J | | |
| 808. | | | | | Sold (part) | 07/08/11 | J | A | |
| 809. | | | | | Sold | 09/26/11 | J | | |
| 810.  - -Google, Inc. CL A | | None | K | T | Buy (add'l) | 02/09/11 | J | | |
| 811. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 812. | | | | | Sold (part) | 07/08/11 | J | | |
| 813.  - - Illumina | | None | | | Buy | 03/31/11 | J | | |
| 814. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 815. | | | | | Buy (add'l) | 07/26/11 | J | | |
| 816. | | | | | Sold (part) | 07/08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

White, Helene N.

02/27/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold | 09/27/11 | J | | |
| 818. - - Intuitive Surgical, Inc. | | None | | | Sold (part) | 07/08/11 | J | A | |
| 819. | | | | | Sold (part) | 07/15/11 | J | B | |
| 820. | | | | | Sold | 07/26/11 | J | D | |
| 821. - - Johnson CTLS, Inc. | A | Dividend | | | Buy (add'l) | 01/26/11 | J | | |
| 822. | | | | | Buy (add'l) | 02/22/11 | J | | |
| 823. | | | | | Sold (part) | 07/08/11 | J | A | |
| 824. | | | | | Sold | 09/19/11 | J | | |
| 825. - - Juniper Networks, Inc. | | None | | | Buy (add'l) | 07/26/11 | J | | |
| 826. | | | | | Sold (part) | 07/08/11 | J | A | |
| 827. | | | | | Sold (part) | 08/01/11 | J | | |
| 828. | | | | | Sold | 08/17/11 | J | | |
| 829. - - Lululemon | | None | J | T | Buy | 06/14/11 | J | | |
| 830. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 831. | | | | | Sold | 07/08/11 | J | A | |
| 832. - -Microsoft Corp | | None | | | Sold | 01/18/11 | J | A | |
| 833. - - Monsanto Co, New | A | Dividend | K | T | Buy (add'l) | 01/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

White, Helene N.

02/27/2013

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 02/09/11 | J | | |
| 835. | | | | | Buy (add'l) | 07/08/11 | J | | |
| 836. | | | | | Sold (part) | 07/08/11 | J | | |
| 837. | | | | | Sold (part) | 07/28/11 | J | | |
| 838. - - Netflix.com | | None | | | Sold | 01/14/11 | K | D | |
| 839. - -Occidental Pete Corp Del | A | Dividend | K | T | Buy (add'l) | 01/18/11 | J | | |
| 840. | | | | | Buy (add'l) | 02/09/11 | J | | |
| 841. | | | | | Sold (part) | 05/17/11 | J | A | |
| 842. | | | | | Sold (part) | 07/08/11 | J | A | |
| 843. - - Polypore Intl Inc | | None | J | T | Buy | 06/14/11 | J | | |
| 844. | | | | | Buy (add'l) | 08/08/11 | J | | |
| 845. | | | | | Sold (part) | 07/08/11 | J | A | |
| 846. - - Priceline.com, Inc. New | | None | J | T | Sold (part) | 07/08/11 | J | B | |
| 847. | | | | | Sold (part) | 11/22/11 | J | C | |
| 848. - - Qualcomm, Inc. | A | Dividend | K | T | Buy (add'l) | 02/09/11 | J | | |
| 849. | | | | | Sold (part) | 04/18/11 | J | | |
| 850. | | | | | Sold (part) | 07/08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

White, Helene N.

Date of Report

02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  - - Schlumberger Ltd | A | Dividend | K | T | Buy (add'l) | 03/10/11 | J | | |
| 852. | | | | | Sold (part) | 07/08/11 | J | | |
| 853.  - - Schwab Charles Corp New | A | Dividend | | | Sold | 06/13/11 | K | | |
| 854.  - - Starwood Hotels & Resorts | A | Dividend | K | T | Buy (add'l) | 08/18/11 | J | | |
| 855. | | | | | Sold (part) | 07/08/11 | J | | |
| 856. | | | | | Sold (part) | 08/08/11 | J | | |
| 857.  - - Target Corp. | A | Dividend | | | Sold (part) | 01/12/11 | J | A | |
| 858. | | | | | Sold | 03/30/11 | K | A | |
| 859.  - - Union Pacific Corp. | A | Dividend | K | T | Buy (add'l) | 11/01/11 | J | | |
| 860. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 861. | | | | | Sold (part) | 03/21/11 | J | B | |
| 862. | | | | | Sold (part) | 07/08/11 | J | A | |
| 863.  - - Alexion Parmaceuticals, Inc. | | None | K | T | Buy (add'l) | 01/26/11 | J | | |
| 864. | | | | | Buy (add'l) | 03/10/11 | J | | |
| 865. | | | | | Sold (part) | 07/08/11 | J | | |
| 866. | | | | | Sold (part) | 09/27/11 | J | B | |
| 867.  - - Cree, Inc. | | None | | | Sold | 03/28/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

White, Helene N.

02/27/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  - - Dollar Tree, Inc. | | None | K | T | Buy (add'l) | 09/19/11 | J | | |
| 869. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 870. | | | | | Sold (part) | 02/11/11 | J | B | |
| 871.  - - Perrigo Co. | A | Dividend | K | T | Buy (add'l) | 01/26/11 | J | | |
| 872. | | | | | Sold (part) | 07/08/11 | J | A | |
| 873. | | | | | Sold (part) | 11/01/11 | J | B | |
| 874.  - - ARM Holdings PLC | A | Dividend | J | T | Sold (part) | 01/26/11 | J | C | |
| 875. | | | | | Sold (part) | 07/08/11 | J | B | |
| 876.  - - Visa, Inc. | | None | J | T | Buy | 12/15/11 | J | | |
| 877. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 878.  - -Potash Corp SASK | A | Dividend | | | Buy (add'l) | 02/09/11 | J | | |
| 879. | | | | | Sold (part) | 05/17/11 | J | | |
| 880. | | | | | Sold (part) | 07/08/11 | J | A | |
| 881. | | | | | Sold (part) | 12/15/11 | J | | |
| 882.  529 Plan #1 - ERL (Scholar's Choice Age Based) | | None | L | T | | | | | |
| 883.  529 Plan #2 - JH (Scholar's Choice Age Based) | | None | K | T | | | | | |
| 884.  529 Plan #3 - MS (Scholar's Choice Age Based) | | None | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. 529 Plan #4 - TES (Scholar's Choice Age Based) | | None | L | T | | | | | |
| 886. Brokerage Acct # 12 (Morgan Stanley) | | | | | | | | | |
| 887. - - Money Market Funds | A | Interest | J | T | | | | | |
| 888. - - Force Protection, Inc. New (FRPT) | | None | | | Sold | 03/02/11 | J | | |
| 889. - - Detroit Sewer Bond Ser C | B | Interest | N | T | | | | | |
| 890. - - Warren Mich Bond | C | Interest | M | T | | | | | |
| 891. - - Reno Nev Bond | | None | | | Sold | 05/03/11 | N | | |
| 892. - - Genesee Mich Bond | D | Interest | N | T | | | | | |
| 893. - - Fla St Bd Ed | C | Interest | M | T | | | | | |
| 894. - - Miami Dade Bond | C | Interest | M | T | | | | | |
| 895. - - Puerto Rico Elec Bond Ser TT | D | Interest | M | T | | | | | |
| 896. - - Det Mich Sew Disp Rev Ref Ser A Bond | C | Interest | L | T | | | | | |
| 897. - -Detroit Mich Sew Disp Rev Sen Lien C | D | Interest | M | T | | | | | |
| 898. - - Michigan State Bldg Auth Rev Bond | B | Interest | K | T | | | | | |
| 899. - - Det Water Supply Systems Bond Ser A | D | Interest | M | T | | | | | |
| 900. - - Philadelphia, PA Water & Waste Bond | C | Interest | | | Sold | 12/13/11 | L | A | |
| 901. - - Port St. Lucie, FL Util Rev Bond | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902.  - - Puerto Rico Elec Power Bond Ser XX | C | Interest | M | T | | | | | |
| 903.  - - Chicago, Ill GO Bond | C | Interest | L | T | | | | | |
| 904.  - - Puerto Rico Electric Bond Ser TT | B | Int./Div. | M | T | | | | | |
| 905.  - - FL State Dept Env Protectin Bond | D | Interest | M | T | | | | | |
| 906.  - - Sunrise FL Utility Bond | D | Interest | M | T | | | | | |
| 907.  - - Alachua Co. FL School Board Bond | D | Interest | M | T | | | | | |
| 908.  - - Utah WTR FIN AGY Bond | D | Interest | M | T | | | | | |
| 909.  - - Somerset Co. NJ Bond | D | Interest | | | Sold | 05/03/11 | M | | |
| 910.  - - Allegheny Co PA GO Bond | D | Interest | M | T | | | | | |
| 911.  - - Lake Co. FL School Bond | | None | | | Sold | 05/03/11 | M | | |
| 912.  - - Neveda State Higher Ed Bond | C | Interest | L | T | | | | | |
| 913.  - - Miami-Dade Co, FL School Board Bond | C | Interest | M | T | | | | | |
| 914.  - - Puerto Rico Comwlth Genl Obl Bond | C | Interest | L | T | | | | | |
| 915.  - - Hamilton Co. OH Rev Bond | D | Interest | | | Redeemed | 12/01/11 | M | | |
| 916.  - - Det Mich Water Supply Series D Bond | C | Interest | K | T | | | | | |
| 917.  - - Wisconsin State Health & Ed Bond | D | Interest | M | T | | | | | |
| 918.  - - West VA Higher Ed Pol Comm Rev | D | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. - - Puerto Rico Sales Tax FING Corp Bond | D | Interest | N | T | | | | | |
| 920. - - Legg Mason Muni C (SMMCX) | D | Int./Div. | | | Sold | 07/25/11 | M | | |
| 921. - - Unit Claymore Closed-End MLP 6 | C | Dividend | | | Sold | 10/06/11 | L | | |
| 922. - - Unit Claymore Closed-End MLP 8 | D | Dividend | M | T | | | | | |
| 923. - - Unit First Trust Int Rate Hedge 17 | D | Dividend | M | T | | | | | |
| 924. - - Unit First Trust Stategic Inc Plus 14 | C | Dividend | | | Sold | 03/02/11 | N | | |
| 925. - - Unit First Trust Target Global Div 4th Qtr 10 | D | Dividend | | | Sold | 11/29/11 | M | | |
| 926. - - Blackrock National Muni C | C | Dividend | N | T | Buy | 07/25/11 | M | | |
| 927. | | | | | Buy (add'l) | 11/28/11 | M | | |
| 928. - - Unit First Trust Strategic Income Adv CE 24 | D | Dividend | M | T | Buy | 03/02/11 | M | | |
| 929. - -Unit First Trust Target Global Div Leaders 4th Qtr 11 | B | Dividend | M | T | Buy | 05/03/11 | M | | |
| 930. - - Unit First Trust Target Global Div Leaders 2nd Qtr 11 | D | Dividend | M | T | Buy | 11/29/11 | M | | |
| 931. - - Unit Guggenheim Closed-End Inf & MLP 10 | B | Dividend | M | T | Buy | 10/06/11 | M | | |
| 932. - - Unit Guggenheim Closed-End Inf & MLP 9 | D | Dividend | M | T | Buy | 05/03/11 | M | | |
| 933. Brokerage Acct #13 Merrill Lynch | | | | | | | | | |
| 934. - - CMA Funds | A | Interest | J | T | | | | | |
| 935. - - Blackrock Muni, Inc. | C | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 02/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936.  - - Franklin FL Tax Free | D | Interest | M | T | | | | | |
| 937.  IRA - Morgan Stanley | | None | J | T | | | | | |
| 938.  - - MS Focus Growth Fd A | | | | | | | | | |
| 939.  Remic Fund 46 | D | Interest | N | T | | | | | |
| 940.  Option on Real Property in NYC | | None | P1 | T | | | | | |
| 941.  Remic Fund 50 | B | Interest | M | T | | | | | |
| 942.  Home Properties, LLC | | None | N | U | | | | | |
| 943.  - - Real Property Oak Park Michigan | | | | | | | | | |
| 944.  Additional asset RNJH: Tocquerville Fund | D | Dividend | O | T | | | | | |
| 945. | | | | | | | | | |
| 946. | | | | | | | | | |
| 947. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 248   Note taken for loan.

This Amended Report addresses the committee's letter of November 21, 2012.  The changes are as follows:

Lines 299-301 have been further indented to indicate that they are assets contained in the account listed on line 298.

Line 944 has been added to cover an inadvertantly omitted asset.

| | | |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report |
| Page 62 of 62 | White, Helene N. | 02/27/2013 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Helene N. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544